KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANE E. VAN ROOYEN,<br><br>    Plaintiff,<br><br> vs.<br><br>ANCHORAGE NEIGHBORHOOD HEALTH CENTER, INC., and ANCHORAGE COMMUNITY MENTAL HEALTH SERVICES, INC.,<br><br>    Defendants. | Case No. 3AN-13-11107-Civil<br><br><br><br><br>**NOTICE OF REMOVAL** |

  Defendant Anchorage Neighborhood Health Center, through the

United States Attorney's Office, notifies this Court of the removal of this

action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

The notice is based on the following:

1. Plaintiff filed his Complaint against the Defendants in the Superior Court for the State of Alaska at Anchorage. Plaintiff has alleged tort claims against the Defendant alleging that Defendant failed to properly administer and monitor the medication Lithium and seeking compensatory damages for personal injury and past and future economic and non-economic losses. A copy of the Complaint is attached with this Notice.

2. With respect to the allegations in Plaintiff's Complaint, Defendant ANHC is deemed to be an entity of the federal government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, by operation of the Federally Supported Health Centers Assistance Act of 1995, 42 U.S.C. § 233(g)-(n).

3. 42 U.S.C. § 233(l) provides that any civil action or proceeding against a deemed entity commenced in a State court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

5. A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the action is pending.

*Van Rooyen v. ANHC and ACMHS*
Case No. 3:14-cv-_____-_____                      2

RESPECTFULLY SUBMITTED on August 19, 2014, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        <u>s/ E. Bryan Wilson</u>
        Assistant U. S. Attorney
        Attorney for the United States

**CERTIFICATE OF SERVICE**
I hereby certify that on August 19, 2014,
a copy of the foregoing was served by email on:

Chris Bataille, Esq.

<u>s/ E. Bryan Wilson</u>

*Van Rooyen v. ANHC and ACMHS*
Case No. 3:14-cv-_____-_____        3

Case 3:14-cv-00160-RRB   Document 1   Filed 08/19/14   Page 3 of 3