Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Facsimile
rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Anchorage Community Mental Health Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANE E. VAN ROOYEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| ANCHORAGE COMMUNITY MENTAL ) | |
| HEALTH SERVICES, INC., ) | |
| ) | |
| Defendants. ) | Case No. 3:14-cv-00160-RRB |
| _____ ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(ii), the parties, through their respective counsel, hereby agree and stipulate that any and all claims that could have been brought or were brought in this matter by Plaintiff, LANE E. VAN ROOYEN, against defendant, ANCHORAGE COMMUNITY MENTAL HEALTH SERVICES, INC. are to be dismissed with prejudice, each party to bear its own costs and fees.

DATED this 26th day of January, 2017.

> HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
> *Attorneys for Defendant Anchorage Community Mental Health Services, Inc.*
>
> By:   s/ Rebecca J. Hozubin
>        Rebecca J. Hozubin
>        Alaska Bar No. 9806016
>        711 M Street, Suite 2
>        Anchorage, AK 99501
>        907-276-5297 – Telephone
>        907-276-5291 – Facsimile
>        rebecca@akdefenselaw.com

DATED this 26th day of January, 2017.

> UNITED STATES OF AMERICA
>
> BY:   s/ E. Bryan Wilson
>        E. Bryan Wilson
>        Assistant United States Attorney
>        Attorney for the United States
>        222 West 7th Avenue, #9, Room 253
>        Anchorage, AK 99513
>        bryan.wilson@usdoj.gov

DATED this 26th day of January, 2017.

> FLANIGAN & BATAILLE
> Attorney for Plaintiff
>
> BY:   s/ Chris Bataille
>        Chris Bataille
>        1007 West 3rd Avenue, Suite 206
>        Anchorage, AK 99501
>        cbataille@farnorthlaw.com

CERTIFICATE OF SERVICE
I hereby certify that on the 26th day of January, 2017,
a true and correct copy of the foregoing was served
electronically via CM/ECF on the following:

Chris N. Bataille, Esq.
Flanigan & Bataille
1007 West 3rd Avenue, Suite 206
Anchorage, AK 99501
cbataille@farnorthlaw.com
[Attorney for Plaintiff]

E. Bryan Wilson, Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513
bryan.wilson@usdoj.gov
[Attorney for Defendant USA]


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: /s/ Rebecca J. Hozubin
4808.04/Court Documents/Stip to Dismiss ACMHS